McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERIC DUNCAN,<br><br>      Plaintiff,<br><br>  v.<br><br>HODGE MANAGEMENT; and DOES 1 THROUGH 50, inclusive,<br><br>      Defendants. | No. 2:06-CV-01432-DFL-KJM<br><br>APPLICATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; ORDER |
| HODGE MANAGEMENT,<br><br>      Third-Party Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Third-Party Defendant. | |

    The United States Attorney's Office, representing Third-Party Defendant United States of America, was served on July 20, 2006. The United States requests 60 days from service, or until September 18, 2006, to obtain a Litigation Report from the Forest Service, and to prepare and file the Joint Status Report.

1

```
 1  DATED:   July 24, 2006            McGREGOR W. SCOTT
                                      United States Attorney
 2
 3
                                 By:  /s/John F. Gisla
 4                                    JOHN F. GISLA
                                      Assistant United States Attorney
 5                                    Attorneys for the United States
 6
 7
    IT IS SO ORDERED:
 8
 9  DATED: 7/31/2006
10
11
12  _____
    DAVID F. LEVI
13  United States District Judge
```