McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740          **OK/HAV**

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERIC DUNCAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HODGE MANAGEMENT; and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | No. 2:06-CV-01432-DFL-KJM<br><br>STIPULATION AMENDING STATUS (Pre-trial Scheduling) ORDER; ORDER |
| HODGE MANAGEMENT,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Third-Party Defendant. | |

　　　In order to give the parties additional time in which to explore settlement through private mediation, the parties stipulate that the Status (Pre-trial Scheduling) Order be amended as follows:

　　　(June 6, 2007　　　　　　Mediation)

　　　July 20, 2007　　　　　　Deadline to file dispositive motions

　　　August 8, 2007　　　　　Designation of experts with reports

1

|  |  |
|---|---|
| August 22, 2007 | Supplemental & rebuttal designation of experts with reports |
| August 22, 2007 | Hearing on dispositive motions at 10:00 a.m. |
| September 12, 2007 | Discovery cutoff |
| September 19, 2007 | File Joint Pretrial Statement |
| September 26, 2007 | Pre-trial Conference at 4:00 p.m. |
| October 29, 2007 | Trial at 9:00 a.m. |

DATED: May 8, 2007                McGREGOR W. SCOTT
                                  United States Attorney


                            By:   /s/John F. Gisla
                                  JOHN F. GISLA
                                  Assistant United States Attorney
                                  Attorneys for the United States



DATED: May 7, 2007                THE BRANDI LAW FIRM


                            By:   /s/Terence Edwards
                                  TERENCE EDWARDS
                                  Attorneys for Plaintiff


DATED: May 8, 2007                MAIRE & BEASLEY


                            By:   /s/Wayne H. Maire
                                  WAYNE H. MAIRE
                                  Attorneys for Third-Party Plaintiff

1  IT IS SO ORDERED:

2  DATED: May 10, 2007          /s/ David F. Levi
                                DAVID F. LEVI
3                               UNITED STATES DISTRICT JUDGE