McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERIC DUNCAN,<br><br>           Plaintiff,<br><br>      v.<br><br>HODGE MANAGEMENT; and DOES 1 THROUGH 50, inclusive,<br><br>           Defendants. | No. 2:06-CV-01432-RRB-KJM |
| HODGE MANAGEMENT,<br><br>           Third-Party Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Third-Party Defendant. | STIPULATION CONTINUING HEARING FOR GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT; ORDER<br><br>DATE:     August 8, 2007<br>TIME:     10:00 a.m.<br>COURTROOM: 7<br>           (14th Floor) |

In order to provide the parties additional time in which to attempt settlement, conduct discovery, and simultaneously hear a cross motion for summary judgment, the undersigned parties stipulate to continue the hearing on the government's motion for summary judgment from August 8, 2007, to 10:00 a.m. on September 5, 2007.

1

| | | |
|---|---|---|
| DATED: _____ | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | _____<br>JOHN F. GISLA<br>Assistant United States Attorney<br>Attorneys for the United States |
| DATED: _____ | | MAIRE & BEASLEY |
| | By: | _____<br>PATRICK DEEDON<br>Attorneys for Third-Party Plaintiff |
| DATED: _____ | | THE BRANDI LAW FIRM |
| | By: | _____<br>TERENCE EDWARDS<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

DATED:   July 20, 2007

/s/ Ralph R. Beistline
HON. RALPH R. BEISTLINE
U.S. District Judge