1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11    RODERIC DUNCAN,                          No. 2:06-CV-01432-DFL-KJM

12              Plaintiff,

13         v.                                  STIPULATION AMENDING STATUS
                                               (Pre-trial Scheduling) ORDER; ORDER
14    HODGE MANAGEMENT; and DOES 1
      THROUGH 50, inclusive,
15
                Defendants.
16
      _____
17    HODGE MANAGEMENT,

18              Third-Party Plaintiff,

19         v.

20    UNITED STATES OF AMERICA,

21              Third-Party Defendant.
      _____
22

23         In order to give the parties additional time in which to explore settlement through private

24  mediation, the parties stipulate that the Status (Pre-trial Scheduling) Order, as amended, be further

25  amended as follows:

26         September 19, 2007 at 10:00 a.m.     Hearing, Summary Judgment re Recreational Use Statute

27         September 24, 2007          Discovery cutoff: Non-experts

28         October 1, 2007             Designation of experts with reports

1     October 3, 2007 at 10:00 a.m.     Hearing, Summary Judgment re defendants' cross motions

2     October 15,  2007     Supplemental and rebuttal designation of experts with reports

3     November 8, 2007     Discovery cutoff: Experts

4     November 9, 2007     File Joint Pretrial Statement

5     November 16, 2007     Pre-trial Conference at 2:00 p.m.

6     January 14, 2008     Trial at 9:00 a.m.

7

8     DATED:   August 3, 2007     McGREGOR W. SCOTT
     United States Attorney

9

10

11     By:     /s/John F. Gisla
     JOHN F. GISLA
     Assistant United States Attorney

12     Attorneys for the United States

13

14     DATED:   August 3, 2007     THE BRANDI LAW FIRM

15

16     By:     /s/Terence Edwards
     TERENCE EDWARDS

17     Attorneys for Plaintiff

18

19     DATED:   August 3, 2007     MAIRE & BEASLEY

20

21     By:     /s/Wayne H. Marie
     WAYNE H. MAIRE

22     Attorneys for Third-Party Plaintiff

23

24     IT IS SO ORDERED:

25

     DATED:   August 3, 2007     /s/ Ralph R. Beistline

26     RALPH R. BEISTLINE
     UNITED STATES DISTRICT JUDGE

27

28