THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
TERENCE D. EDWARDS #168095
CASEY A. KAUFMAN #232257
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800  Facsimile:  (415) 707-2024

Attorneys for Plaintiff
RODERIC DUNCAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RODERIC DUNCAN, <br><br> Plaintiff, <br><br> v. <br><br> HODGE MANAGEMENT, et al., <br><br> Defendant. <br><br> HODGE MANAGEMENT, et al. <br><br> Defendant/Third Party Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Third-Party Defendant | NO.   2:06-CV-01432-DFL-KJM <br><br> **STIPULATION PERMITTING RODERIC DUNCAN TO FILE A FIRST AMENDED COMPLAINT FOR DAMAGES** |

It is hereby stipulated by and among the parties that Plaintiff Roderic Duncan may file a first amended complaint against the United States of America. (Attached as Exhibit A hereto)

1

STIPULATION RE: FILING  FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

The parties have reached a settlement in this matter and this complaint is filed to allow proper processing of payments by the United States of America to Duncan, since Duncan had previously only filed suit in state-court pre-removal against Hodge Management who had, in turn, filed a complaint for indemnity against the United States of America.

DATED: _____        McGREGOR W. SCOTT
                             United States Attorney


                             By:_____
                                JOHN F. GISLA
                                Assistant U.S. Attorney
                                Attorneys for the United States


DATED:                       THE BRANDI LAW FIRM


                             By:_____
                                TERENCE EDWARDS
                                Attorneys for Plaintiff


DATED:                       MAIRE & BEASLEY


                             By:_____
                                WAYNE H. MAIRE

Attorneys for Third-Party Plaintiff

IT IS SO ORDERED:

DATED:  September 5, 2007

                             /s/ Ralph R. Beistline_____
                                RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com