1  McGREGOR W. SCOTT
United States Attorney
2  JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | RODERIC DUNCAN, | No. 2:06-CV-01432-DFL-KJM
12 |
13 |         Plaintiff,

14 |     v.

15 | HODGE MANAGEMENT; and the UNITED STATES OF AMERICA; DOES 1 THROUGH 50, inclusive,
16 |
17 |         Defendants.

18 | HODGE MANAGEMENT,

19 |         Third-Party Plaintiff,

20 |     v. | STIPULATION FOR DISMISSAL;
ORDER OF DISMISSAL
21 | UNITED STATES OF AMERICA,

22 |         Third-Party Defendant.

23

24      Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P.

25  41(a)(1), the parties hereby stipulate that plaintiff's complaint in this action against Hodge

26  Management and the United States of America, and Hodge Management's third party complaint

27  against the United States of America, be dismissed with prejudice; with the parties bearing their own

28  fees and costs.

1

1  DATED: _____                McGREGOR W. SCOTT
2                                       United States Attorney

3
                              By:       _____
4                                       JOHN F. GISLA
                                        Assistant United States Attorney
5                                       Attorneys for the United States

6
   DATED: _____                THE BRANDI LAW FIRM
7

8

9                             By:       _____
                                        TERENCE EDWARDS
10                                      Attorneys for Plaintiff

11

12
13 DATED: _____                MAIRE & BEASLEY

14

15
                              By:       _____
16                                      WAYNE H. MAIRE
                                        Attorneys for Third-Party Plaintiff
17

18

19                            ORDER OF DISMISSAL

20    Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

21 DATED:   October 22, 2007_____
                                        /s/ Ralph R. Beistline
22 _____
                                        HON. RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE
23